# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR15-0054 |
| vs. | ORDER ACCEPTING WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| BASSEM AFIF HERZ, | |
| Defendant. | |

This matter comes before the Court on the Written Waiver of Personal Appearance at Arraignment on Superseding Indictment (docket number 62) filed by the Defendant on August 18, 2015.

## ORDER

IT IS ORDERED that the Defendant's waiver is hereby **ACCEPTED** and Defendant's plea of not guilty is entered of record with the Clerk of Court. Any bond conditions, deadlines, hearing dates, and trial dates previously set in this case remain the same. The arraignment on superseding indictment currently scheduled for August 19, 2015 is hereby **CANCELLED**.

DATED this 18th day of August, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA